**LMK TECHNOLOGIES, LLC, Appellant**

v.

**BLD SERVICES, LLC, Appellee**

2016-1636
2016-1637
2016-1638

United States Court of Appeals, Federal Circuit.

February 13, 2017

---

JEFFREY HARTY, Nyemaster Goode PC, Des Moines, IA, argued for appellant. Also represented by CHRISTOPHER LEWIS McKEE, CRAIG WILLIAM KRONENTHAL, Banner & Witcoff, Ltd., Washington, DC.

SCOTT A. M. CHAMBERS, Porzio, Bromberg & Newman, P.C., Washington, DC, argued for appellee. Also represented by KEVIN M. BELL, RICHARD J. OPARIL.

(Moore, Taranto, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**